IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01598-REB-KLM

DENEEN R. GAMMONS,

    Plaintiff,

v.

CITY OF DENVER, COLORADO, a municipal corporation, organized under the laws of the State of Colorado;
JOHN W. HICKENLOOPER, Mayor, City of Denver, Colorado, in his "official" capacity;
DENVER CITY COUNCIL, in and for the City of Denver, Colorado, in their [sic] "official" capacities;
RICK GARCIA (District 1), in his "official" capacity;
JEANNE FAATZ (District 2), in her "official" capacity;
PAUL D. LOPEZ (District 3), in his "official" capacity;
PEGGY LEHMAN (District 4), in her "official" capacity;
MARCIA JOHNSON (District 5), in her "official" capacity;
CHARLIE BROWN (District 6), in his "official" capacity;
CHRIS NEVITT (District 7), in his "official" capacity;
CARLA MADISON (District 8), in her "official" capacity;
JUDY MONTERO (District 9), in her "official" capacity;
JEANNE ROBB (President)(District 10), in her "official" capacity;
MICHAEL HANCOCK (District 11), in his "official" capacity;
CAROL BOIGON (At-Large), in her "official" capacity;
DOUG LINKHART (At-Large), in his "official" capacity;
ALVIN J. LaCABE, Manager of Safety, City of Denver, Colorado, in his "official" capacity;
GERALD R. WHITMAN, Chief of Police, City of Denver, Colorado, in his "official" capacity;
OFFICER STEPHEN STACK (Ser. No. 06029), Denver Police Department, in both his "official" and "individual" capacities, and while acting under the "authority" and/or "color" of Colorado State law, as a law enforcement officer and employee for City of Denver, Colorado;
DETECTIVE HENRY P. GONZALES (Ser. No. 79031), Denver Police Department, in both his "official" and "individual" capacities, and while acting under the "authority" and/or "color" of Colorado State law, as a law enforcement officer and employee for City of Denver, Colorado;
DETECTIVE KARA BILSTEIN (Ser. No. 96043), Denver Police Department, in both his "official" and "individual" capacities, and while acting under the "authority" and/or "color" of Colorado State law, as a law enforcement officer and employee for City of Denver, Colorado; and
SGT. KIM HULL (Ser. No. 78020), Denver Police Department, in both his "official" and "individual" capacities, and while acting under the "authority" and/or "color" of Colorado State law, as a law enforcement officer and employee for City of Denver, Colorado,

Defendants.
_____

## ORDER OF RECUSAL
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter was drawn and was subsequently referred to me by District Judge Robert E. Blackburn [Docket No. 2] for pretrial case management.

Pursuant to 28 U.S.C. § 455(a), a Magistrate Judge shall disqualify herself "in any proceeding in which [her] impartiality might reasonably be questioned." In view of the fact that this Plaintiff levied accusations of bias against the Court in an ongoing matter in which she is participating as an expert witness, although I do not question my ability to be impartial, the allegations could lead a reasonable person to question my impartiality. *See id.* § 455(b)(1). Accordingly, to avoid the appearance of any impropriety, I hereby recuse myself from this action. The Clerk of the Court shall assign another Magistrate Judge to this case.

Dated: July 12, 2010

BY THE COURT:

  s/ Kristen L. Mix
Kristen L. Mix
United States Magistrate Judge