**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-01598-REB-MJW

DENEEN R. GAMMONS,

    Plaintiff,

v.

CITY OF DENVER, COLORADO, a municipal corporation, organized under the laws of the State of Colorado,
JOHN W. HICKENLOOPER, Mayor, City of Denver, Colorado, in his "official" capacity,
DENVER CITY COUNCIL, in and for the City of Denver, Colorado, in their "official" capacities,
RICK GARCIA (District 1), in his "official" capacity,
JEANNE FAATZ (District 2), in her "official" capacity,
PAUL D. LOPEZ (District 3), in his "official" capacity,
PEGGY LEHMAN (District 4), in her "official" capacity,
MARCIA JOHNSON (District 5), in her "official" capacity,
CHARLIE BROWN (District 6), in his "official" capacity,
CHRIS NEVITT (District 7), in his "official" capacity,
CARLA MADISON (District 8), in her "official" capacity,
JUDY MONTERO (District 9), in her "official" capacity,
JEANNE ROBB (President)(District 10), in her "official" capacity,
MICHAEL HANCOCK (District 11), in his "official" capacity,
CAROL BOIGON (At-Large), in her "official" capacity,
DOUG LINKHART (At-Large), in his "official" capacity,
ALVIN J. LaCABE, Manager of Safety, City of Denver, Colorado, in his "official" capacity,
GERALD R. WHITMAN, Chief of Police, City of Denver, Colorado, in his "official" capacity,
OFFICER STEPHEN STACK (Ser. No. 06029), Denver Police Department, in both his "official" and "individual" capacities, and while acting under the "authority" and/or "color" of Colorado State law, as a law enforcement officer and employee for City of Denver, Colorado,
DETECTIVE HENRY P. GONZALES (Ser. No. 79031), Denver Police Department, in both his "official" and "individual" capacities, and while acting under the "authority" and/or "color" of Colorado State law, as a law enforcement officer and employee for City of Denver, Colorado,
DETECTIVE KARA BILSTEIN (Ser. No. 96043), Denver Police Department, in both his "official" and "individual" capacities, and while acting under the "authority" and/or "color" of Colorado State law, as a law enforcement officer and employee for City of Denver, Colorado, and
SGT. KIM HULL (Ser. No. 78020), Denver Police Department, in both his "official" and "individual" capacities, and while acting under the "authority" and/or "color" of Colorado

State law, as a law enforcement officer and employee for City of Denver, Colorado,

Defendants.

**ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE**

**Blackburn, J.**

This matter comes before the Court, *sua sponte*. On July 12, 2010, the Honorable Magistrate Judge Kristen L. Mix entered her **Order of Recusal** [#3]. The case was then reassigned to Honorable Magistrate Judge Michael J. Watanabe. The court has concluded that the **Order of Reference To United States Magistrate Judge** [#2] entered July 7, 2010, referring the matter to Magistrate Judge Mix should be withdrawn and that this case should now be referred to Magistrate Judge Michael J. Watanabe.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Order of Reference To United States Magistrate Judge** [#2] entered July 7, 2010, referring the matter to Magistrate Judge Mix, is **WITHDRAWN**;

2. That pursuant to 28 U.S.C. § 636(b)(1)(A)-(C), Fed. R. Civ. P. 72 and D.C.COLO.LCivR 72.1C, United States Magistrate Michael J. Watanabe is designated to conduct proceedings in this civil action as follows:

- (X) Convene a scheduling conference under Fed. R. Civ. P. 16(b) and enter a scheduling order meeting the requirements of D.C.COLO.LCivR 16.2.

- (X) Conduct such status conferences and issue such orders necessary for compliance with the scheduling order, including amendments or modifications of the scheduling order upon a showing of good cause.

- (X) Convene such settlement conferences and direct related procedures as may facilitate resolution of this case.

- (X) Hear and determine pretrial matters, as referred.

- (X) Conduct a pretrial conference and enter a pretrial order.

**IT IS FURTHER ORDERED** that parties and counsel shall be familiar and comply with the undersigned judge's requirements at **www.cod.uscourts.gov.**

Dated July 12, 2010, at Denver, Colorado.

BY THE COURT:

/s/ Bob Blackburn
Robert E. Blackburn
United States District Judge