IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| **Civil Action No.** 10-cv-01598-REB-MJW | FTR - Courtroom A-502 |
| **Date:** October 01, 2010 | Courtroom Deputy, Ellen E. Miller |
| *Parties* | *Counsel* |
| DENEEN R. GAMMONS, <br> Plaintiff(s), | Derek W. Cole |
| v. | |
| CITY OF DENVER, COLORADO, <br> CHIEF OF POLICE GERALD R. WHITMAN, <br> in his official and individual capacities, <br> OFFICER STEPHEN STACK, <br> in his official and individual capacities, <br> DETECTIVE HENRY P. GONZALES, <br> in his official and individual capacities, <br> DETECTIVE KARA BILSTEIN, <br> in her official and individual capacities, <br> SGT. KIM HULL, <br> in her official and individual capacities, <br> UNKNOWN CITY AND COUNTY OF DENVER <br> POLICE OFFICERS, DETECTIVES, AND <br> SERGEANTS, JOHN DOES 1 - 10, <br> in their official and individual capacities, <br> Defendant(s). | - - - - - - |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**: SHOW CAUSE HEARING
**Court in Session:** 9:30 a.m.
Court calls case. In court appearance of plaintiff's counsel; telephonic appearance of plaintiff. The caption is amended pursuant to the (First Amended) Complaint for Damages and Jury Demand [Docket No. 9, Filed October 01, 2010 at 5:59 a.m.].

Discussion is held regarding plaintiff's motion to appear by telephone at this hearing.

**It is ORDERED:**  Plaintiff's Motion for Leave, for "Good Cause Shown, Due to Plaintiff Now Living in Maryland, for Plaintiff to Appear, by Telephone, for Show Cause Hearing, Scheduled for Friday, October 1, 2010 [Docket No. **10,** Filed October 01, 2010 at 6:48 a.m.] is **DENIED** for reasons as set forth on the record.

**It is ORDERED:** A SHOW CAUSE HEARING is set
**NOVEMBER 17, 2010 at 9:00 a.m.** [Mountain Time]
in Courtroom A-502, Fifth floor, Alfred A. Arraj United States Courthouse,
901 19th Street, Denver, Colorado 80294.
The ORDER TO SHOW CAUSE [Docket No. **8**, filed September 16, 2010] is continued to November 17, 2010 or unless and until otherwise ordered by the Court.

Plaintiff shall forthwith serve defendants and file proof of service.

**It is ORDERED:** A **RULE 16(b) SCHEDULING CONFERENCE** is set
**NOVEMBER 17, 2010 at 9:00 a.m.** in Courtroom A-502, Fifth floor, Alfred A. Arraj United States Courthouse,
901 19th Street, Denver, Colorado 80294.

Parties shall file their proposed Scheduling Order
and Confidential Settlement Statements **on or before**
**NOVEMBER 12, 2010** in accordance with the Order previously entered by the Court [Docket No. 6, Filed July 14, 2010]

**It is ORDERED:** Plaintiff Deneen R. Gammons may appear by telephone for the November 17, 2010 hearings by calling the Court at (303) 844-2403 at the scheduled time.

Hearing concluded.

**Court in recess:** 9:44 a.m.
Total In-Court Time 00: 14

To order a transcript of this proceedings, contact Avery Wood Reports (303) 825-6119 or Toll Free 1-800-962-3345.