IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01598-REB-MJW

DENEEN R. GAMMONS,

Plaintiff,

v.

CITY OF DENVER, COLORADO,
CHIEF OF POLICE GERALD R. WHITMAN,
in his official and individual capacities,
OFFICER STEPHEN STACK,
in his official and individual capacities,
DETECTIVE HENRY P. GONZALES,
in his official and individual capacities,
DETECTIVE KARA BILSTEIN,
in her official and individual capacities,
SGT. KIM HULL,
in her official and individual capacities,
UNKNOWN CITY AND COUNTY OF DENVER POLICE OFFICERS, DETECTIVES,
AND SERGEANTS, JOHN DOES 1 - 10,
in their official and individual capacities

Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby ORDERED that the Plaintiff's (Opposed) Motion for Court to: Vacate "Stay" Order [docket no. 34], and Order the Parties to Resume (Normal) Discovery/Disclosure Processes/Procedures, Consistent with Rule 26(a), Federal Rules of Civil Procedure (docket no. 45) is DENIED for those reasons as outlined in this court's Order to Stay Discovery (docket no. 34) and for those additional reasons as outlined in the Response (docket no. 52) to the subject motion (docket no. 45).

It is FURTHER ORDERED that Defendants' Motion to Vacate Scheduling Order Deadlines and Final Pretrial Conference and Trial Dates (docket no. 48) is GRANTED IN PART and this court DECLINES TO RULE IN PART. The motion is GRANTED as to vacation of the discovery deadlines as outlined in the Rule 16 Scheduling Order entered in this case and as to the vacation of the Final Pretrial Conference date. The Final Pretrial Conference set on August 30, 2011, at 8:30 a.m. is VACATED. This court DECLINES TO RULE on the relief sought in this motion concerning the vacation of the

Trial Preparation Conference set on September 16, 2011, at 3:00 p.m and the Jury Trial set on October 3, 2011, at 8:30 a.m. since those two settings are before District Judge Blackburn.

It is FURTHER ORDERED that the parties shall request, in writing, that a Status Conference be set within five (5) following ruling by District Judge Blackburn on Defendants' Motion to Dismiss (docket no. 22). The parties are to continue to file monthly status reports as previously Ordered by this Court.

Date: July 14, 2011

_____