IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 10-cv-01598-REB-MJW

DENEEN R. GAMMONS, Ph.D.,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER,
CHIEF OF POLICE GERALD R. WHITMAN, in his official and individual capacities,
OFFICER STEPHEN STACK, in his official and individual capacities,
DETECTIVE HENRY P. GONZALES, in his official and individual capacities,
DETECTIVE KARA BILSTEIN, in her official and individual capacities,
SGT. KIM HULL, in her official and individual capacities, and
UNKNOWN CITY AND COUNTY OF DENVER POLICE OFFICERS, DETECTIVES, AND SERGEANTS, JOHN DOES 1-10, in their official and individual capacities,

    Defendants.

## ORDER AMENDING CAPTION

**Blackburn, J.**

    This matter is before me *sua sponte*. On September 15, 2011, I entered an **Order Granting Defendants' Motion To Dismiss** [#65][1]. In that order, I dismissed all claims against all defendants, except for the defendants named as John Does 1 - 10. In addition, I ordered that all defendants be dropped from the caption in this case, except for the defendants named as John Does 1 - 10.

    After the **Order Granting Defendants' Motion To Dismiss** [#65] was docketed, the court learned that the court's CM/ECF system cannot maintain a pending case that names only anonymous or John Doe defendants. Thus, in an effort to accommodate

---

[1] "[#65]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

this limitation of the court's CM/ECF system, I order that defendants City and County of Denver, Chief of Police Gerald R. Whitman, Officer Stephen Stack, Detective Henry P. Gonzales, Detective Kara Bilstein, and Sgt. Kim Hull be named as defendants in the caption of this case. These defendants are reinstated as nominal defendants only, pending resolution of the claims against the John Doe defendants. Reinstatement of these defendants in the caption of this case in no way alters the dismissal with prejudice of all claims asserted against these defendants as ordered in my **Order Granting Defendants' Motion To Dismiss** [#65] filed September 15, 2011.

**THEREFORE, IT IS ORDERED** as follows:

1. That pending resolution of the claims asserted against the defendants named as John Does 1 - 10, the quondam defendants, City and County of Denver, Chief of Police Gerald R. Whitman, Officer Stephen Stack, Detective Henry P. Gonzales, Detective Kara Bilstein, and Sgt. Kim Hull, **SHALL BE NAMED** as defendants in the caption of this case, and the caption of this case shall be **AMENDED** accordingly; and

2. That the inclusion of these defendants in the caption of this case **SHALL NOT** be read or construed to alter in any way the dismissal with prejudice of all claims asserted against these defendants as ordered in my **Order Granting Defendants' Motion To Dismiss** [#65] filed September 15, 2011.

Dated September 15, 2011, at Denver, Colorado.

BY THE COURT:

/s/ Bob Blackburn
Robert E. Blackburn
United States District Judge