## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Civil Case No. 10-cv-01598-REB-MJW

DENEEN R. GAMMONS,

     Plaintiff,

v.

CITY AND COUNTY OF DENVER,
CHIEF OF POLICE GERALD R. WHITMAN, in his official and individual capacities,
OFFICER STEPHEN STACK, in his official and individual capacities,
DETECTIVE HENRY P. GONZALES, in his official and individual capacities,
DETECTIVE KARA BILSTEIN, in her official and individual capacities,
SGT. KIM HULL, in her official and individual capacities, and
UNKNOWN CITY AND COUNTY OF DENVER POLICE OFFICERS, DETECTIVES,
AND SERGEANTS, JOHN DOES 1-10, in their official and individual capacities,

     Defendants.

---

## MINUTE ORDER[1]

---

     The matter is before the court on **Plaintiff's (Opposed) Motion To: Strike, as (1) "Out-of-Time" and (2) Not in Compliance with the 21-Day Time Limitation (for "Responses To Motions," As Set Forth IN D.C.Colo.LCIVR 7.1.C.), [Doc. No. 52], Defendant's Response to Plaintiff's Motion [Doc. No. 45] To Vacate Stay [Doc. No. 34]** [#56][2] filed August 1, 2011. The motion is **DENIED**.

     **IT IS FURTHER ORDERED** as follows:

     1. That the following motions are **DENIED** as moot:

- Plaintiff's **Motion for Summary Judgment, on All Claims, Submitted by Plaintiff in Accordance with Rule 56(a) and (c), Fed. R. Civ. P.** [#37] filed April 4, 2011;

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2]"[#56]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

- Defendants' **Unopposed Motion To Vacate Trial Preparation Conference and Trial Dates** [#62] filed September 1, 2011; and

- **Plaintiff's (Unopposed) Motion By Adoption and/or Ratification of [Doc. No. 62], To: (Also) Vacate the Trial Preparation Conference, Presently Set for 3:00 p.m., on Friday, September 16, 2011, and Jury Trial Dates, Commencing on Monday, October 3, 2011** [#64] filed September 12, 2011.

Dated:  September 16, 2011